IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY, | No. 2:11-CV-3083-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| REYERSBACH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 46) for voluntary dismissal of defendant Granillo. Good cause appearing therefor, Granillo is dismissed as a defendant to this action. <u>See</u> Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to update the docket to reflect that Granillo is no longer a defendant.

IT IS SO ORDERED.

DATED: February 19, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1