UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY, | No. 2:11-cv-03083-KJM-CMK |
| Plaintiff, | |
| v. | ORDER |
| P. REYERSBACH et al., | |
| Defendant. | |

On March 25, 2016, this court issued the order adopting the magistrate judge's findings and recommendations as to the factual findings contained therein, and closed the case. ECF No. 51. Plaintiff subsequently appealed the court's order on April 28, 2016, and the appeal remains ongoing. ECF No. 55. On June 6, 2016, plaintiff filed a request for appointment of counsel. ECF No. 58. "Because this [c]ourt no longer has jurisdiction over this case as judgment has been entered and [plaintiff] has filed a notice of appeal, [plaintiff]'s motion for appointment of counsel shall be disregarded. If [plaintiff] seeks counsel on appeal, he must file such motion with the Ninth Circuit Court of Appeals." *Rhodes v. Stanislaus Cty. Superior Court*, No. 10-1050, 2007 WL 3232204, at *1 (E.D. Cal. Oct. 31, 2007) (Wanger, J.).

IT IS SO ORDERED.

DATED: June 9, 2016

_____
UNITED STATES DISTRICT JUDGE